WILLIAM M. KUNTZ # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ROBERT ANTWAN McELMURRY,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br>Defendant. | CASE NO.: **EDCV 26-00993-AYP**<br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS and 00/cents ($4,300.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: August 13, 2026

HONORABLE ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE